HERMANN H. CAMMANN et al., as Surviving Executors of NATHANIEL P. BAILEY, Deceased, Appellants, *v.* ALLETTA R. BAILEY, Defendant, SIDNEY SMITH WHITTLESEY et al., Respondents, and ALLETTA NATHALIE BAILEY, Appellant, Impleaded with Others.

*Cammann* v. *Whittlesey,* 70 App. Div. 598, affirmed.
(Argued January 15, 1903; decided January 30, 1903.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

May 2, 1902, which modified and affirmed as modified a judgment construing the will of Nathaniel P. Bailey entered upon the report of a referee.

*Fordham Morris* for plaintiffs, appellants.

*Stephen H. Olin* for defendant, appellant.

*Thomas F. Conway* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: GRAY, J. Absent: MARTIN, J.